**MONICA L. BERMUDEZ**
Attorney At Law, SBN275434
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for:
BRYSON LAPAUL BLAIR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>BRYSON LAPAUL BLAIR,<br><br>                Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.:15-CR-149 LJO-SKO

**STIPULATION AND ORDER TO CONTINUE MOTIONS DATE**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

        **COMES NOW** Defendant, BRYSON LAPAUL BLAIR, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the Motion Hearing currently set for Tuesday, October 13, 2015 be continued to November 23, 2015 and the deadlines as follows: motion deadline October 13, 2015, response deadline November 2, 2015 and reply deadline November 16, 2015

        After speaking to my client it has come to my attention that I will need to file an additional motion.  I am currently attending the Gerry Spence Trial Lawyer College in Jackson Hole Wyoming and will return October 5, 2015 and need additional time to prepare and file the

motion.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 9/17/15                                        */s/ Monica L. Bermudez*
                                                      MONICA L. BERMUDEZ
                                                      Attorney for Defendant
                                                      BRYSON LAPAUL BLAIR


DATED: 9/17/15                                        */s/Karen Escobar*
                                                      KAREN EXCOBAR
                                                      Assistant U.S. Attorney


# ORDER


**The** Motion Hearing is continued to November 23, 2015 at 10:15 a.m. and deadlines are continued as follows: motion deadline October 13, 2015, response deadline November 2, 2015 and reply deadline November 16, 2015.


IT IS SO ORDERED.

Dated:   **September 17, 2015**            **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE