**MONICA L. BERMUDEZ**
Attorney At Law, SBN275434
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for:
BRYSON LAPAUL BLAIR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:15-CR-149 LJO-SKO |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER OF** |
| | ) **DENIAL** |
| vs. | ) |
| | ) |
| BRYSON LAPAUL BLAIR, | ) |
| | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

     **COMES NOW** Defendant, BRYSON LAPAUL BLAIR, by and through his attorney of

record, MONICA L. BERMUDEZ hereby requesting that the Motion Hearing currently set for

Monday, October 20, 2015 be continued to November 30, 2015 and the deadlines as follows:

motion deadline October 20, 2015, response deadline November 9 , 2015 and reply deadline

November 16, 2015.

     After discussing this matter further with AUSA Karen Escobar it has come to our

attention that additional time is needed for both parties to prepare and file the necessary motions.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 10/15/15                          */s/ Monica L. Bermudez*___
                                         MONICA L. BERMUDEZ
                                         Attorney for Defendant
                                         BRYSON LAPAUL BLAIR


DATED: 10/15/15                          */s/Karen Escobar*_____
                                         KAREN EXCOBAR
                                         Assistant U.S. Attorney


# ORDER


**No Good Cause has been established for the requested relief.  Denied.**


IT IS SO ORDERED.

Dated:   **October 15, 2015**            ____**/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE