1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 1:15CR149 LJO

12              Plaintiff,             STIPULATION REGARDING
                                       CONTINUANCE AND
13       v.                            EXCLUDABLE TIME PERIODS
                                       UNDER SPEEDY TRIAL ACT;
14  BRYSON LAPAUL BLAIR,               FINDINGS AND ORDER

15              Defendant.

16

17                        **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by

19  and through his counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for a hearing on the defendant's motion to

21  suppress and a sealed matter on Monday, November 30, 2015, at 8:30 a.m.

22       2.      By this stipulation, the parties agree to an additional briefing schedule and additional

23  hearing date as follows.  This additional schedule will not disrupt the November 30 hearing date.

24       3.      The parties agree and stipulate that the defense will file any additional dispositive

25  motion on or before November 16.  The government will file its response on or before December 7.

26

27  The matter will be set for further hearing on December 14 at 8:30 a.m.

28       4.      The parties agree and stipulate, and request that the Court find the following:

                                        1

a.      The parties believe that failure to grant the above-requested continuance would deny the defendant an opportunity to raise a new dispositive motion, taking into account the exercise of due diligence, and would allow counsel for the government reasonable time to respond.

b.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 30, 2015, to December 14, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B) (iv) because it would allow the parties sufficient time to raise and address additional dispositive matters and it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      November 13, 2015.          Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Karen A. Escobar_____
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney

DATED:      November 30, 2015.

                                        /s/ Monica L. Bermudez_____

2

MONICA L. BERMUDEZ
Counsel for Defendant Blair

**O R D E R**

IT IS SO ORDERED.

Dated:   __**November 17, 2015**__          ___/s/ Lawrence J. O'Neill___
                                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28