PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15CR149 LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND ORDER |
| v. | |
| BRYSON LAPAUL BLAIR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for resentencing on Monday, February 26, 2018, at 10:00 a.m. The Court also ordered that the revised PSR and any objections thereto (both informal and formal) shall be filed in accordance with the timing scheme set forth in Local Rule 460.

2. By this stipulation, the parties agree to continue resentencing to Monday, March 19, 2018, at 10 a.m. at the request of defense counsel who is unavailable on February 26.

3. The parties further agree and stipulate that the revised PSR and any objections thereto (both informal and formal) shall be filed in accordance with the timing scheme set forth in Local Rule 460.

1

IT IS SO STIPULATED.

DATED: November 16, 2017.        Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant United States Attorney


DATED: November 16, 2017.

                                 /s/ Jay A. Nelson
                                 JAY A. NELSON
                                 Counsel for Defendant Blair

                         **O R D E R**

IT IS SO ORDERED.

   Dated: **November 17, 2017**        **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE