| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15CR00149 LJO |
| Plaintiff, | UNITED STATES' MOTION TO SEAL DEFENDANT'S REVOCATION MOTION (DOC. 111) AND ORDER |
| v. | |
| BRYSON LAPAUL BLAIR, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves to seal the defendant's motion to revoke the detention order issued by U.S. Magistrate Judge Stanley A. Boone on June 7, 2019. (Doc. 111). This motion is made pursuant to Fed. R. Crim. P. 49.1(d) and California Government Code Section 6254(a)(2), which states:

> The name of a victim of any crime [including spousal abuse] may be withheld at the victim's request, or at the request of the victim's parent or guardian if the victim is a minor. When a person is the victim of more than one crime, information disclosing that the person is a victim of one or more of the crimes listed above may be deleted at the request of the victim, or the victim's parent or guardian if the victim is a minor, in making the report of the crime, or of any crime or incident accompanying the crime, available to the public in compliance with the requirements of this paragraph.

In his revocation motion, counsel for Blair referenced the victim by name. On November 6, 2019, the undersigned received from the FBI a Confidentiality Form signed on April 18, 2019, by the victim, which advised the victim of her right to privacy, pursuant to Section 6254. The form was part of

United States' Motion to Seal 1

certified records provided by the Bakersfield Police Department in connection with the underlying assault case, which the government requested. Having been informed of the right to privacy, the victim signed a written waiver requesting that her name not be made public. The government is providing this document, along with other materials obtained from the Bakersfield Police Department to the defense.

Dated: November 6, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **O R D E R**

This matter is before the Court on the motion of the United States for leave to file the Defendant's Motion to Revoke Detention Order (Doc. 111) under seal. The Court, having considered the Motion and being otherwise sufficiently advised, is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the Defendant's Motion to Revoke Detention Order filed in this case at docket entry 111 shall be **SEALED**, until further order of this Court.

IT IS SO ORDERED.

Dated: **November 6, 2019**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE